# KREINCES & ROSENBERG, P.C.
*Attorneys At Law*

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

March 6, 2025

**VIA ECF**

Hon. Margaret M. Garnett
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  T&T Fresh Produce Corp. v. 65 Burnside Meat Market Corp. d/b/a Sagal Food
Case No.:24CV10021 (MMG)

Dear Judge Garnett:

We have your email of Wednesday, March 5, 2025, in the above-named matter. I have telephoned counsel for the defendants and have left them each a message concerning the Court's direction. In the absence of any opposition on their part to this application, I respectfully request that the Court consider this a joint letter.

We apologize for not filing a joint letter and a proposed Civil Case Management Plan and Scheduling Order in this case. One of the reasons is that I have spoken with counsel for the defendants, and he was seeking to make a settlement offer to me to resolve the matter. I don't know whether that will be successful or not, however, we lost sight of the Court's requirements.

In light of the possibility of settlement of this case, I should like to give it a try at this time.

We respectfully request a continuance of the Initial Pre-Trial Conference to a date in mid-April in which to attempt to resolve this lawsuit. We would like to conduct the conference remotely. What the parties are trying to do is save time and expense in this litigation, if that is possible.

We respectfully request the Court's indulgence in that regard.

Again, our apologies for not following the Court's rules.

Respectfully yours,

*Leonard Kreinces*
LEONARD KREINCES

LK/dm
cc: Benjamin Sharav Esq. (via ECF)
cc: Victor Jose Molina, Esq. (via ECF)

Application GRANTED in light of Defendants' consent (Dkt. No. 40). The Initial Pretrial Conference currently scheduled for March 11, 2025, is hereby ADJOURNED to **Tuesday, April 22, 2025, at 11:30 a.m.** and, if the matter has not settled by that date, the conference shall be held virtually over Microsoft Teams. The public one-touch dial-in for the conference audio is: +1 646-453-4442,,850448327#. A direct link to the conference video will be provided to counsel of record in advance. The parties' joint letter and proposed Civil Case Management Plan and Scheduling Order shall be due no later than **April 15, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 39.

SO ORDERED. Date: 3/6/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE