```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/22/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

T&T FRESH PRODUCE CORP.,

               Plaintiff,

-against-

65 BURNSIDE MEAT MARKET CORP., SAGAL MEAT MARKET INC., SAZON MEAT MARKET CORPORATION, LENIN SANCHEZ, SR., individually and FERNANDO SANCHEZ, individually,

               Defendants.

---

Case No.:24CV10021(MMG)

**JUDGMENT**

Upon the filing of defendants, 65 BURNSIDE MEAT MARKET CORP., SAGAL MEAT MARKET INC., SAZON MEAT MARKET CORPORATION, LENIN SANCHEZ, SR., offer of judgment in the sum of $85,000.00 and the plaintiff's acceptance of the offer, it is

    ORDERED, ADJUDGED AND DECREED that there being no reason for delay the Court dictates entry of final judgment; and it is further

    ORDERED, that plaintiff, T&T FRESH PRODUCE CORP., have judgment against the defendants, 65 BURNSIDE MEAT MARKET CORP., SAGAL MEAT MARKET INC., SAZON MEAT MARKET CORPORATION and LENIN SANCHEZ, SR., in the amount of $85,000.00 inclusive of prejudgment interest, costs and disbursements of this action.

New York, New York
May 22, 2025

                                                  _____
                                                  Margaret M. Garnett
                                                  United States District Judge

This document was entered on the docket on _____